**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAUREEN BRESNAHAN, | ) | |
| | ) | Case No.: 18-cv-1974 |
| Plaintiff, | ) | |
| | ) | Judge LaShonda A. Hunt |
| v. | ) | |
| | ) | Mag. Judge Maria Valdez |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR**

Pursuant to Local Rule 83.17, Plaintiff Maureen Bresnahan seeks leave for attorney James Bryan Wood of The Wood Law Office, LLC to appear as additional counsel. In support of this motion, Plaintiff states as follows:

1.      Plaintiff's current counsel is preparing for trial in this matter. Due to the unexpected passing of one of Plaintiff's counsel, Plaintiff and her current counsel seek leave to add Mr. Wood as additional counsel to assist in those duties.

2.      Mr. Wood was admitted to the Northern District of Illinois in 1999 and has been a member of this Court's trial bar for many years. Plaintiff's Counsel Willenson and Mr. Wood have collaborated on matters in the past. Plaintiff and her current counsel request leave for him to appear to assist in trial preparation, the upcoming trial, post-trial proceedings and settlement discussions.

3.      Mr. Wood is not from the same firm as any of Plaintiff's current counsel. Thus, pursuant to Local Rule 83.17, leave of Court is required before Mr. Wood can appear.

4.      Defendant has no objection to Mr. Wood's appearance in this matter on Plaintiff's behalf.

**CONCLUSION**

WHEREFORE, Plaintiff respectfully requests that the Court grant leave for James Bryan Wood of The Wood Law Office, LLC to appear on behalf of Plaintiff as additional counsel.

Dated: July 8, 2026

Respectfully submitted,

*/s/ C. Philip Curley*
One of Plaintiff's Attorneys

Marni Willenson
WILLENSON LAW, LLC
3420 West Armitage, Suite 200
Chicago, IL 60647
312.508.5380
marni@willensonlaw.com

C. Philip Curley
Robert L. Margolis
ROBINSON CURLEY, P.C.
600 W. Van Buren St., Suite 700
Chicago, IL 60607
312.663.3100
pcurley@robinsoncurley.com
rmargolis@robinsoncurley.com

*Attorneys for Plaintiff*

2